# EXHIBIT 1
# Signorino CV

# Ronald L. Signorino

8 Homestead Road
Basking Ridge, New Jersey 07920

e-mail: blueoceana@optonline.net www.blueoceana.com

Telephone: [973] 727 8033 Facsimile: [908] 766 0534

---

## Work Experience:

**January 2001 – Present:**

**President**
**The Blueoceana Company, Inc.**
**Basking Ridge, New Jersey**

**Chief executive of a firm that provides regulatory and legislative consultative services to various components of the transportation and communications industries.**

**August 1997 – December 2000:**

**Director**
**Regulatory Affairs**
**Maersk Container Service Company**
**Madison, New Jersey**

**Responsible for the Federal and State regulatory compliance efforts of all intermodal operating subsidiaries (including 17 marine terminals) within the Maersk organization (North America). Responsible for crafting and monitoring Federal/State legislation, and for the husbandry of all regulatory initiatives having potential impact upon these business groups.**

EXHIBIT

B

exhibitsticker.com

**May 1992 - August 1997:**

**Director**
**Occupational Safety & Health**
**Universal Maritime Service Corporation**
**Jersey City, New Jersey**

**Responsible for the origination, coordination and oversight of the complete occupational safety & health program of this 7 port, terminal-operating Maersk subsidiary. Supervised a staff of 7 managers whose efforts were directed towards loss prevention and Federal/State regulatory compliance.**

**June 1980 – May 1992:**

**Manager/Understudy Director/Acting Director**
**Office of Maritime Standards**
**Occupational Safety & Health Administration**
**Washington, D.C.**

**Responsible for the development and promulgation of occupational safety and health regulations having application at all maritime operations in the United States, its possessions and territories. Principal author of a number of OSHA regulations presently codified within 29 CFR, including 29 CFR Part 1917, OSHA's rules for Marine Terminals and 29 CFR Part 1918, OSHA's rules for Longshoring Operations.**

**January 1977 – June 1980:**

**Compliance Officer**
**Occupational Safety & Health Administration**
**New York, New York**

**Responsible for the enforcement of the Occupational Safety & Health Act at a variety of business activities within the jurisdiction of the Manhattan Area Office. Particular focus was upon maritime-related operations within the Port of New York/New Jersey.**

**March 1976 – January 1977**

**Intermodal Equipment Manager**
**Baltantlantic/Black Sea Lines**
**New York, New York**

**June 1974 - August 1975**

**Intermodal Equipment Manager**
**ACT-PACE Lines**
**New York, New York**

**February 1972 – June 1974**

**Assistant Terminal Manager**
**International Terminal Operating Company**
**Port Newark, New Jersey**

**October 1969 – February 1972**

**Longshoreworker/Intermodal Mechanic**
**ILA Local 1277-1 [1814]**
**Brooklyn, New York**

---

## Professional Affiliations:

**Member: National Maritime Safety Association Technical Committee**
**Founding Member: International Cargo Handling Coordination Association Safety Panel**
**Member: National Safety Council, Marine Executive Committee**
**Chairman: National Fire Protection Association, 307 Committee (Fire Protection of Marine Terminals)**
**Member: American National Standards Institute, B 30.24 Committee (Container Cranes)**
**Member: American National Standards Institute, B30.8 Committee (Floating Cranes)**
**Member [1982-2021]: U.S. Technical Advisory Group to ISO Technical Committee 104 (Design/Handling of Intermodal Containers)**
**Honorary Member: New Jersey State Industrial Safety Committee**
**Member: National Cargo Bureau**
**Member: American Association of Port Authorities Safety Committee**
**Honorary Member: Crane Certification Association of America**
**Honorary Member: International Longshoremen's Association, AFL-CIO**
**Advisor/Facilitator: ILA-USMX Coastwide Joint Safety Committee**